UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PATRICK THELEN,

    Plaintiff,

v.

LISA GREGORY, DOUGLAS A. KRUSE, K. SCHNEIDER, E. MILLS, R. GILLIAN, J. MATT HARDIN, J. CROSS, R. ESQUIBEL, PAUL M. LAIRD, and ANN BOWEN,

    Defendants.

Case No. 15-cv-1015-JPG-SCW

## ORDER

This matter comes before the Court on the Stipulation of Dismissal (Doc. 142) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) signed by all parties who have appeared in this case. Rule 41(a)(1)(A)(ii) allows dismissal without a court order by filing such a stipulation. Therefore, the Court finds that:

- Count 1 of the complaint is **DISMISSED without prejudice** in respect to the remaining defendants to that claim (Gregory, Gilliam, Esquibel, Bowen, Kruse, Mills, and Schneider), with the defendants reserving all available defenses as to the claim, including, but not limited to, any applicable statutes of limitations; and
- Count 2 of the complaint is **DISMISSED with prejudice** in respect to the remaining parties to that claim (Gregory, Kruse, Schneider, Mills, Gilliam, Hardin, Cross, Esquibel, Laird, and Bowen).

The Court **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**
**DATED: September 25, 2017**

                                                                *s/ J. Phil Gilbert*
                                                                 **J. PHIL GILBERT**
                                                                 **DISTRICT JUDGE**